UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| GRAND CANYON SKYWALK DEVELOPMENT, LLC, a Nevada limited liability company; DY TRUST DATED JUNE 13, 2013, a Nevada Trust; and THEODORE (TED) R. QUASULA, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID JOHN CIESLAK, an individual; NICHOLAS PETER "CHIP" SCUTARI, an individual; SCUTARI & CIESLAK PUBLIC RELATIONS, INC., an Arizona corporation.<br><br>Defendants.<br><hr><br>DAVID JOHN CIESLAK, an individual; NICHOLAS PETER "CHIP" SCUTARI, an individual, SCUTARI & CIESLAK PUBLIC RELATIONS, INC., an Arizona Corporation<br><br>Third-Party Plaintiffs<br><br>vs.<br><br>HUALAPAI TRIBE,<br><br>Third-Party Defendant. | Case No. 3:15-mc-08003-NVW<br><br>Case No. 2:13-cv-00596-JAD-GWF<br>(Case pending in United States District Court, District of Nevada)<br><br>**ORDER EXTENDING MOTION DEADLINES** |

Upon stipulation between Plaintiffs Grand Canyon Skywalk Development, LLC, DY Trust dated June 13, 2013 and Theodore (Ted") Quasula (collectively "Plaintiffs") and Gallagher & Kennedy, P.A., and good cause appearing,

IT IS HEREBY ORDERED that the deadline to file and serve Plaintiffs' Opposition to the Motion to Quash Plaintiffs' Subpoena to Glen Hallman shall be

extended for fourteen (14) days and be due on or before **June 29, 2015**.  The deadline to file and serve a reply brief shall be on or before **July 17, 2015**.